# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE F., | Case No. CV 20-2593-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

Dated: April 30, 2021

HONORABLE KENLY KIYA KATO
United States Magistrate Judge